BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>KENDALL O. BATES,<br><br>    Respondent. | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**<br><br>**TAXPAYER: KENDALL O. BATES** |

Petitioner, the UNITED STATES OF AMERICA, by its attorney, BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, alleges:

A.  JURISDICTION

1. Subject matter jurisdiction of this proceeding is given by 28 U.S.C. Sections 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States). Under I.R.C. Sections 7402(b) and 7604(a), the United States Attorney has been authorized to bring this proceeding for judicial enforcement of Internal Revenue Service summonses.

B.  PARTIES

2. By personal knowledge and knowledge of applicable procedures, LORENA RAMOS is a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division, California Area, Internal Revenue Service. She is authorized to issue

an Internal Revenue Service summons under Internal Revenue Code Section 7602 (26 U.S.C.), Treasury Regulation Section 301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

3. By knowledge of the investigation, the respondent, KENDALL O. BATES, resides at 8466 3RD Street, Fresno, California 93720, and maintains P.O. Box 25335, Fresno, CA 93729, which is within the jurisdiction of this Court.

4. By personal knowledge, petitioning Revenue Officer LORENA RAMOS is conducting an investigation of KENDALL O. BATES, to secure payment of assessed income tax liabilities for Respondent KENDALL O. BATES for the tax years ending December 31, 2000, December 31, 2001, December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006. The assessed balance as of December 6, 2011, is approximately $421,704.

5. On information and belief, the respondent, KENDALL O. BATES, is in possession and control of testimony, books, records, papers, and other data that may shed light on the matters to be ascertained in the above-described investigation.

6. By personal knowledge, on August 10, 2011, Revenue Officer LORENA RAMOS issued an Internal Revenue Service summons directing the respondent, KENDALL O. BATES, to appear before the Revenue Officer on September 7, 2011, at the hour of 2:00 p.m., at 2525 Capitol Street, Suite 206, Fresno, California, to testify and to produce for examination the books, records, papers and other data described in the summons.

7. By personal knowledge, on August 5, 2011, Revenue Officer LORENA RAMOS left an attested copy of the summons at respondent's last and usual place of abode by attaching the summons to taxpayer's front door. Respondent was to appear before Revenue Officer Ramos on September 7, 2011. By personal knowledge and knowledge of the investigation, an accurate copy of the summons has been supplied for attachment hereto as <u>Exhibit A</u> to the petition. This Exhibit is hereby adopted by reference.

8. By personal knowledge, respondent, KENDALL O. BATES, did not appear on September 7, 2011, or otherwise respond to the summons by phone or in writing. KENDALL O. BATES has not appeared before Revenue Officer Ramos as required by the summons.

9. By personal knowledge, respondent's above-described failure to comply with the summons continues to date.

10. By knowledge of the investigation, the testimony, books, records, papers and other data sought by the summons are not already in possession of the Internal Revenue Service.

11. By personal knowledge and knowledge of the investigation, the testimony and the books, records, papers and other data sought by the summons are necessary for the investigation of KENDALL O. BATES, to secure payment of assessed income tax liabilities for Respondent KENDALL O. BATES for the tax years ending December 31, 2000, December 31, 2001, December 31, 2003, December 31, 2004, December 31 2005, and December 31, 2006.  The assessed balance as of December 6, 2011, is approximately $421,704.

12. By personal knowledge and knowledge of applicable procedures, all administrative steps required by the Internal Revenue Code of 1986 for the issuance of the summons have been taken.

WHEREFORE, petitioner respectfully prays:

1. That this Court enter an order directing respondent, KENDALL O. BATES, to show cause, if any, why respondent should not comply with and obey the summons and each and every requirement thereof;

2. That this Court enter an order directing respondent, KENDALL O. BATES, to obey the aforementioned Internal Revenue Service summons and each and every requirement thereof, by ordering the respondent's attendance, testimony, and production of the books, records, papers and other data required and called for by the

terms of the summons, before Revenue Officer LORENA RAMOS or any other proper officer or employee of the Internal Revenue Service;

     3.    That the United States recover its costs in maintaining this action; and

     4.    That this Court grant such other and further relief as is just and proper.

Date: May 1, 2012                              BENJAMIN B. WAGNER
                                                 United States Attorney

                               By:   */s/ Yoshinori H. T. Himel*
                                       YOSHINORI H. T. HIMEL
                                       Assistant United States Attorney

**VERIFICATION BY REVENUE OFFICER LORENA RAMOS**

Revenue Officer LORENA RAMOS, pursuant to 28 U.S.C. § 1746 (a), verifies as follows:

1. I am the investigating Revenue Officer in this case.
2. Regarding the numbered paragraphs in this petition except for paragraph 1:
   a. If an allegation in those paragraphs is labeled "by personal knowledge," it is a matter that I know to be true from my own personal knowledge.
   b. If an allegation in those paragraphs is labeled "by knowledge of applicable procedures," it is a matter that I know to be true from my knowledge of Internal Revenue Service procedures.
   c. If an allegation in those paragraphs is labeled "by knowledge of the investigation," it is a matter of which I have been informed by oral or written communication within the investigation in suit, and it accords with my understanding of the facts of the case.
   d. If an allegation in that section is labeled "on information and belief," it is a matter of which I do not necessarily have personal knowledge, but it accords with my understanding of the facts of the case.

I verify under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2012.

/s/ Lorena Ramos
LORENA RAMOS
Revenue Officer
Internal Revenue Service

Page 1 of 1



# Summons

## Collection Information Statement

In the matter of  KENDALL O BATES,  PO BOX 25335,  FRESNO, CA  93729-5335
Internal Revenue Service (Identify Division)  SMALL BUSINESS/SELF EMPLOYED
Industry/Area (Identify by number or name)  SB/SE AREA 7 (27)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To: KENDALL O BATES
At: PO BOX 25335,  FRESNO, CA  93729-5335

You are hereby summoned and required to appear before LORENA RAMOS, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 08/01/2010  To DATE OF COMPLIANCE

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

2525 CAPITOL STREET, STE 206, FRESNO  CA  93721  (559) 443-7632

Place and time for appearance: At  2525 CAPITOL STREET, STE 206, FRESNO, CA  93721



**IRS**

on the  7th  day of  September , 2011 at  2:00  o'clock  p  m.

Issued under authority of the Internal Revenue Code this  5th  day of August , 2011

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

LORENA RAMOS
Signature of issuing officer

_(signature)_
Signature of approving officer (if applicable)

REVENUE OFFICER
Title

REVENUE OFFICER
Title

Original -- to be kept by IRS

Exhibit A                                                                                                                              1 of 3



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 8-5-11   Time: 1:00

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Signature: [signature]   Title: REVENU OFFICER

I certify that the copy of the summons served contained the required certification.

Signature:   Title:

Catalog No. 25000Q   Form **6637** (Rev. 10-2010)

Exhibit A                                                                                    2 of 3

**Attachment 1 to Summons Form 6637**

In the matter of  **KENDALL O BATES**

Period information:  Form 1040 for the calendar periods ending December 31, 2000, December 31, 2001, December 31, 2003, December 31, 2004, December 31, 2005 and December 31, 2006

Exhibit A                                                                                                                                        3 of 3