BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cv-00701-LJO-SMS |
|---|---|
| Petitioner, | **ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT** |
| v. | **TAXPAYER:** |
| KENDALL O. BATES, | **KENDALL O. BATES** |
| Respondent. | Date: July 18, 2012<br>Time: 10:00 a.m.<br>Ctrm: 1, 8th Floor |

Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the verification of Revenue Officer LORENA RAMOS, and the Exhibit attached thereto,

IT IS HEREBY ORDERED that:

1. Respondent, KENDALL O. BATES, appear before the Honorable Sandra M. Snyder, United States Magistrate Judge, on July 18, 2012 at 10:00 a.m. in Courtroom No. 1 on the Eighth Floor of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, to show cause why the respondent should not be compelled to obey the Internal Revenue Service summons issued on August 5, 2011.

IT IS FURTHER ORDERED that:

2. The United States Magistrate Judge preside, under 28 U.S.C. § 636(b)(1) and Local Rule 302(c)(9), at the hearing scheduled above. After hearing, the Magistrate Judge shall submit proposed findings and recommendations under Local Rule 304(a), with the original thereof filed by the Clerk and a copy provided to all parties.

3. Under Fed. R. Civ. P. 4(c)(1), the Court appoint the investigating Internal Revenue Service employee, and all federal employees designated by that employee, to serve process in this case.

4. To afford the respondent an opportunity to respond to the petition and the petitioner an opportunity to reply, a copy of this order, the Verified Petition and its Exhibit, and the Points and Authorities, be served by delivering a copy to the respondent personally, or by leaving a copy at the respondent's dwelling, house, or usual place of abode, with some person of suitable age and discretion then residing therein, or by any other means of service permitted by Fed. R. Civ. P. 4(e), within **twenty-one (21) days** from the date this order is served upon the United States Attorney, unless such service cannot be made despite reasonable efforts.

5. Proof of any service done under paragraph 4 above be filed with the Clerk as soon as practicable.

6. If the federal employee assigned to serve these documents is not reasonably able to serve the papers as provided in paragraph 4, petitioner may request a court order granting leave to serve by other means. See Fed. R. Civ. P. 81(a)(5). The federal employee assigned to serve the documents shall make a certificate detailing the efforts made within the 21-day period to serve the respondent as provided in paragraph 4.

7. The file reflect a prima facie showing that the investigation is conducted pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed. See United States v.

Powell, 379 U.S. 48, 57-58 (1964).  The burden of coming forward therefore has shifted to whoever might oppose enforcement.

8. If the respondent has any defense or opposition to the petition, such defense or opposition be made, in writing, and filed with the Clerk, and a copy served on the United States Attorney at least **ten (10) days** prior to the date set for the show cause hearing.

9. At the show cause hearing, the Magistrate Judge consider the issues properly raised in opposition to enforcement.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition will be considered admitted.

10. The respondent notify the Court, in writing, filed with the Clerk and served on the United States Attorney at least **ten (10) days** prior to the date set for the show cause hearing, that the respondent has no objections to enforcement of the summons.  The respondent's appearance at the hearing will then be excused.

IT IS SO ORDERED.

**Dated:    May 3, 2012**                              /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE