# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cv-00701-LJO-SMS |
| Plaintiff, | ORDER ADOPTING |
| v. | FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS |
| KENDALL O. BATES, | |
| Respondent. | (Doc. 8) |

The United States petitioned for enforcement of an I.R.S. summons issued August 5, 2011, to secure payment of assessed tax liabilities for Respondent Kendall O. Bates for the tax years ending December 31, 2000; December 31, 2001; December 31, 2003; December 31, 2004; December 31, 2005, and December 31, 2006.  The matter was referred to United States Magistrate Judge Sandra M. Snyder pursuant to 28 U.S.C. § 636 *et seq.* and Local Rule 72-302.

On May 4, 2012, the Magistrate Judge ordered Respondent to show cause why the I.R.S. summons issued to him on August 5, 2011, should not be enforced.  The Petitioner served Respondent with the Verified Petition, Points and Authorities, and a certified copy of the Order to Show Cause in conformity with F.R.Civ.P. 4.  Respondent neither filed an opposition to

///

-1-

enforcement under paragraph 8, page 3 of the order to show cause nor appeared at the July 18, 2012 hearing before the Magistrate Judge.

On July 24, 2012, the Magistrate Judge filed Findings and Recommendations, finding that the summons enforcement requirements had been satisfied and recommending enforcement of the summons. The Clerk of Court served Respondent by mail with the Findings and Recommendations on July 24, 2012.

The Findings and Recommendations provided ten days for the filing of objections. Neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis, and determines that the summons enforcement is properly granted.

Accordingly, the Court hereby ORDERS:

1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed July 24, 2012, are hereby adopted in full.

2. The I.R.S. summons issued to Respondent is hereby enforced.

3. Respondent Kendall O. Bates is ordered to appear before investigating Revenue Officer Lorena Ramos, or her designated representative, as the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California 93721-2227, 21 days after the issuance of this order, at 10:00 a.m., or such later date and time to be set in writing by Revenue Officer Ramos, then and there to be sworn, to give testimony, and to produce for examination and copying the books, checks, records, papers

and other data demanded by the summons. The examination shall continue from day to day until completed.

4. The Clerk of Court is directed to serve this and future orders by mail to Mr. Kendall O. Bates, P.O. Box 25335, Fresno, CA 93729-5335.

IT IS SO ORDERED.

**Dated:   August 9, 2012**                                  /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE