BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
email:  yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Petitioner,<br><br>     v.<br><br>KENDALL O. BATES,<br><br>                              Respondent, | 1:12-cv-00701-LJO-SMS<br><br>**PETITIONER'S NOTICE OF COMPLIANCE, REQUEST TO VACATE HEARING; ORDER CLOSING FILE**<br><br>**Taxpayer:**<br>**KENDALL O. BATES** |

TO THIS HONORABLE COURT:

    PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons enforced here.  Therefore, Petitioner United States of America requests that the May 6, 2013, hearing on the status of the civil contempt Orders be vacated, and that the case be closed.

Dated:  May 2, 2013                              Respectfully submitted,

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

                                         By:     _/s/  YHimel_____
                                                 YOSHINORI H. T. HIMEL
                                                 Assistant U.S. Attorney
                                                 Attorneys for Petitioner
                                                 United States of America

PETITIONER'S NOTICE OF COMPLIANCE,  REQUEST TO
VACATE HEARING; ORDER CLOSING FILE

1

## **ORDER**

Upon Petitioner's notice of compliance and request to vacate hearing, the Clerk shall vacate the hearing and close this file.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **May 2, 2013**                              /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE